Michele A. Powers (SBN 174779)
michele.powers@alston.com
ALSTON & BIRD LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 576-1030
Facsimile: (213) 576-1100

James B. Baldinger (Florida Bar No. 869899)
jbaldinger@carltonfields.com
Stacey K. Sutton (Florida Bar No. 289530)
ssutton@carltonfields.com
David B. Esau (Florida Bar No. 650331)
desau@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Blvd, Suite 1200
West Palm Beach, FL 33401-6350
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

Attorneys for Plaintiffs
AT&T Mobility LLC and AT&T
Intellectual Property II, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T MOBILITY LLC and AT&T INTELLECTUAL PROPERTY II, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>S&D CELLULAR, INC., d/b/a SND CELLULAR INC.; DILIP DASWANI; and DOES 1-10,<br><br>Defendants. | Case No. CV09-0805SGL (SSx)<br><br>**FINAL JUDGMENT OF DAMAGES AGAINST DEFENDANT DILIP DASWANI** |

14803373.5

4

1  Plaintiffs AT&T Mobility LLC and AT&T Intellectual Property II L.P. (collectively "AT&T"), brought the above-captioned lawsuit against Defendants S&D Cellular Inc. d/b/a SND Cellular Inc. and Dilip Daswani (collectively referred to as "Defendants"), alleging that Defendants are engaged in an unlawful enterprise involving the acquisition, sale, and alteration of large quantities of AT&T wireless devices sold for the purpose of use with AT&T's prepaid service (referred to herein as "GoPhones" or "Phones") and associated SIM cards and activation kits purchased from retail outlets, the solicitation and payment of others to bulk purchase Phones for Defendants' benefit, computer hacking and erasing or otherwise disabling software installed in the Phones, or selling the Phones to others who disable the software, and ultimately selling or facilitating the sale of the altered Phones as new under the AT&T trademarks for unauthorized use outside of the AT&T wireless system for profit and illicitly selling and/or fraudulently activating the SIM cards that come with the prepaid devices for the unlawful acquisition of airtime (the "Illicit Bulk Resale Scheme").

The Court previously entered a Final Judgment and Permanent Injunction in Plaintiffs' favor awarding damages against S&D Cellular Inc. d/b/a SND Cellular Inc. The Court also entered a Permanent Injunction and Final Judgment as to liability against Dilip Daswani, but no award of money damages was entered against Daswani. The Court retained jurisdiction to enter final judgment on a damages award against Daswani.

As a result of Defendants' default under the parties' settlement agreement and/or breach of the Permanent Injunction, and by agreement of the parties, the Court has been asked to enter a Final Judgment against Dilip Daswani that awards AT&T Five Million Dollars ($5,000,000) in damages against Dilip Daswani.

The Court, having reviewed the file, being advised of the agreement of the parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that:

14803373.5

5

1. This Court has jurisdiction over the parties and all of the claims set forth in AT&T's Complaint.

2. Pursuant to the Court's previous findings in this case, as documented in the Final Judgment and Permanent Injunction Against Defendants S&D Cellular Inc. d/b/a SND Cellular Inc. and Dilip Daswani entered herein, and the agreement of the parties, the Court hereby enters Final Judgment of Damages Against Dilip Daswani and in favor of AT&T in the amount of Five Million Dollars ($5,000,000) that shall bear interest at the legal rate, and for which let execution issue forthwith.

3. Dilip Daswani waives his right to appeal from the entry of this Final Judgment.

4. The Court retains jurisdiction over this matter and the parties to this action in order to enforce the terms of this Final Judgment of Damages Against Defendant Dilip Daswani.

5. This Final Judgment of Damages Against Defendant Dilip Daswani in no way affects the previously entered the Final Judgment and Permanent Injunction Against S&D Cellular Inc. d/b/a SND Cellular Inc. and Dilip Daswani, which remains in full force and effect.

6. The address of Defendant Dilip Daswani is 24345 Alyssum Pl., Valencia, California 91354.

7. The address of Plaintiffs AT&T Mobility LLC and AT&T Intellectual Property II L.P. is 1025 Lenox Park Blvd., Atlanta, GA 30319.

8. The Court finds that there is no just reason to delay entry of judgment against Defendant Dilip Daswani and therefore, pursuant to Fed. R. Civ. P. 54(b), directs the Clerk to enter Judgment as set forth herein.

DONE AND ORDERED in Riverside, California, this 4th day of March 4, 2010.

1
2  _____
3  JUDGE, UNITED STATES DISTRICT COURT
4
5  Copies furnished to: Counsel of Record
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

14803373.5

7